UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

ISLAND HOSPITALITY
MANAGEMENT, LLC,

    Defendant.

CASE NO. 2:19-CV-10793

HON. SEAN F. COX

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

---

| BLACKMORE LAW PLC | JACKSON LEWIS P.C. |
|---|---|
| George T. Blackmore (P76942) | Tiffany Buckley-Norwood (P69807) |
| Angela C. Spears (P82653) | Daniel C. Waslawski (P78037) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 21411 Civic Center Drive, Suite 200 | 2000 Town Center, Suite 1650 |
| Southfield, MI  48076 | Southfield, MI 48075 |
| (248) 845-8594 | (248) 963-1900 |
| george@blackmorelawplc.com | tiffany.buckley@jacksonlewis.com |
| aspears@blakcmorelawplc.com | daniel.waslawski@jacksonlewis.com |

---

**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| By: /s/ George T. Blackmore (w/consent) <br> BLACKMORE LAW PLC <br> George T. Blackmore (P76942) <br> Attorney for Plaintiff <br> 21411 Civic Center Drive, Suite 200 <br> Southfield, MI 48076 <br> (248) 845-8594 <br> george@blackmorelawplc.com | By: /s/ Daniel C. Waslawski <br> JACKSON LEWIS P.C. <br> Tiffany Buckley-Norwood (P69807) <br> Daniel C. Waslawski (P78037 <br> Attorneys for Defendant <br> 2000 Town Center, Suite 1650 <br> Southfield, MI 48075 <br> (248) 963-1900 <br> Tiffany.Buckley@jacksonlewis.com <br> Daniel.Waslawski@jacksonlewis.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

ISLAND HOSPITALITY
MANAGEMENT, LLC,

    Defendant.

CASE NO. 2:19-CV-10793

HON. SEAN F. COX

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

---

| BLACKMORE LAW PLC | JACKSON LEWIS P.C. |
|---|---|
| George T. Blackmore (P76942) | Tiffany Buckley-Norwood (P69807) |
| Angela C. Spears (P82653) | Daniel C. Waslawski (P78037) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 21411 Civic Center Drive, Suite 200 | 2000 Town Center, Suite 1650 |
| Southfield, MI 48076 | Southfield, MI 48075 |
| (248) 845-8594 | (248) 963-1900 |
| george@blackmorelawplc.com | tiffany.buckley@jacksonlewis.com |
| aspears@blakcmorelawplc.com | daniel.waslawski@jacksonlewis.com |

---

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

    IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

2

IT IS SO ORDERED.

Dated:  October 7, 2019                             s/Sean F. Cox
                                                                          Sean F. Cox
                                                                          U. S. District Judge